No. 3. FREIDA SCHRADSKY, PLAINTIFF IN ERROR, v. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAKE. In error to the Circuit Court of the United States for the District

of Colorado. October 13, 1903. Dismissed with costs, on authority of counsel for plaintiff in error. *Mr. H. B. Johnson* for plaintiff in error. *Mr. C. S. Thomas, Mr. W. H. Bryant* and *Mr. H. H. Lee* for defendant in error.